UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Octavio VIGIL–PERALES, also known as Eduardo E. Lopez, also known as Jose Octavio Perales, also known as Jesus Ruiz Arredondo, also known as Octavio Mesa Garza, also known as Eleazar Escalante Obregon, also known as Jose Obregon, also known as Jose Escalante Obregon, also known as Gustavo Perales, also known as Jose Perales, also known as Jose Perales Vigil, Defendant–Appellant.

No. 06–50070
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

388

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Octavio Vigil–Perales raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

